UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONCEPT SYSTEMS INC., a Colorado Corporation d/b/a Scuba Schools International Inc., et al.,<br><br>　　　　　　　　Defendants. | NO: 12-CV-0374-TOR<br><br>ORDER GRANTING PLAINTIFF AND DEFENDANT ESTATE OF KIMBERLY R. SCHMIDT'S JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

　　　Before the Court is Plaintiff and Defendant Estate of Kimberly R. Schmidt's Joint Motion for Dismissal with Prejudice (ECF No. 23). These parties stipulated and agreed to dismiss Plaintiff's complaint as against Defendant Estate of Kimberly R. Schmidt only, as well as Defendant Estate of Kimberly R. Schmidt's counterclaim against Plaintiff.  The parties agreed to bear their own legal fees and costs in this matter.

//

ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

Plaintiff and Defendant Estate of Kimberly R. Schmidt's Joint Motion for Dismissal with Prejudice (ECF No. 23) is **GRANTED**. Pursuant to these parties' stipulation, all claims and causes of action in this matter by Plaintiff against Defendant Estate of Kimberly R. Schmidt, and counterclaims by Defendant Estate of Kimberly R. Schmidt against Plaintiff, are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 14th day of January, 2013.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge